**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Paul Mark BURTON, Defendant–Appellant.**

**No. 06–10689 Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

April 17, 2007.

Steven M. Sucsy, Assistant U.S. Attorney, U.S. Attorney's Office Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

David Michael Guinn, Jr., Hurley, Reyes & Guinn, Lubbock, TX, for Defendant–Appellant.

---

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *

Paul Mark Burton appeals the imposition of a life term of supervised release following his guilty plea to possession of child pornography. The Government argues that his appeal is barred by his knowing and voluntary appeal waiver.

A defendant may waive his statutory right to appeal as part of a valid plea agreement if the waiver is knowing and voluntary. *United States v. Robinson,* 187 F.3d 516, 517 (5th Cir.1999); *United States v. Melancon,* 972 F.2d 566, 567 (5th Cir. 1992). The record indicates that the district court complied with FED.R.CRIM.P. 11(b)(1)(N) and that Burton read and understood the plea agreement. Therefore, the waiver was knowing and voluntary. *See United States v. McKinney,* 406 F.3d 744, 746 (5th Cir.2005). The waiver applies to the sentencing claim at issue under the plain language of the plea agreement. *See United States v. Bond,* 414 F.3d 542, 544 (5th Cir.2005). The waiver is therefore enforceable, and Burton has waived the instant appeal. *See id.*

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.